**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOHN TEIXEIRA; STEVE
NOBRIGA; GARY GAMAZA;
CALGUNS FOUNDATION, INC.,
(CGF); SECOND AMENDMENT
FOUNDATION, INC., (SAF);
CALIFORNIA ASSOCIATION OF
FEDERAL FIREARMS LICENSEES,
(CAL-FFL),
       *Plaintiffs-Appellants*,

v.

COUNTY OF ALAMEDA;
ALAMEDA COUNTY BOARD OF
SUPERVISORS, as a policy
making body; WILMA CHAN, in
her official capacity; NATE
MILEY, in his official capacity;
KEITH CARSON, in his official
capacity,
       *Defendants-Appellees*.

No. 13-17132

D.C. No.
3:12-cv-03288-WHO

ORDER

Filed December 27, 2016

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.